**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TERRY ANN FREDRIKSEN,** | : | |
| | : | |
| **Petitioner.** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION NO.: 09-0342-KD-C** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION NO.: 07-0391-KD-C** |
| | : | |
| **Respondent.** | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues

raised, and there having been no objections filed, the recommendation of the Magistrate Judge dated

February 8, 2010 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **3**rd day of **March 2010.**

/s/ Kristi K. DuBose_____
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**