**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **TERRY ANN FREDRIKSEN,** : | |
| : | |
| Petitioner. : | |
| : | |
| vs. : | CIVIL ACTION NO.: 09-0342-KD-C |
| : | |
| **UNITED STATES OF AMERICA,** : | CRIMINAL ACTION NO.: 07-0391-KD-C |
| : | |
| Respondent. : | |

**JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Fredriksen's petition is **DISMISSED** as time-barred pursuant to 28 U.S.C. § 2255(f). Petitioner is also **DENIED** a certificate of appealability.

**DONE** and **ORDERED** this the **3rd** day of **March 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**